ORIGINAL


FILED
JUN - 4 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
CRISTOBAL JUAREZ ) Case No. 05-52589 ASW
)
GLORIA M GALLARDO ) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtors )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2469556 for an unclaimed dividend in the amount of $0.41. The name and address of the claimant entitled to the unclaimed dividend is as follows;

CRISTOBAL JUAREZ
GLORIA M GALLARDO
629 MAIN ST PMB 327
WATSONVILLE, CA 95076

Dated: June 03, 2010

DEVIN DERHAM-BURK, TRUSTEE